# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

MALIBU CANYON INVESTORS, LLC, *et al*.,

    Defendants.

Case No. 2:10-CV-00396-KJD-LRL

**ORDER**

    Plaintiff's Complaint (#1) was filed March 22, 2010. Service of the summons and complaint was executed on Defendants on April 7, 2010. The answer was due on April 28, 2010. However, Defendants have failed to answer or otherwise respond to the complaint. Therefore, Plaintiff is ordered to file a status report, motion for default judgment, or notice of voluntary dismissal no later than August 23, 2010.

**IT IS SO ORDERED.**

    DATED this 9th day of August 2010.

_____
Kent J. Dawson
United States District Judge