# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

     Plaintiff,

v.

MALIBU CANYON INVESTORS, LLC,
*et al*.,

     Defendants.

Case No. 2:10-CV-00396-KJD-LRL

**ORDER**

Presently before the Court is Plaintiff's Status Report (#8) filed August 23, 2010.  Plaintiff's Complaint (#1) was filed March 22, 2010.   Service of the summons and complaint was executed on Defendants on April 7, 2010.  The answer was due on April 28, 2010. Plaintiff notified the Court on August 23, 2010, that it would be filing a motion for summary judgment on or about October 8, 2010.  However, since Plaintiff's status report was filed no proceeding or record has been made.  Accordingly, the Court orders Plaintiff to file a status report, motion for summary judgment, or notice of voluntary dismissal no later than November 19, 2010.  Failure to respond will result in Plaintiff's complaint being dismissed without prejudice.

DATED this 5th day of November 2010.

_____
Kent J. Dawson
United States District Judge