# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
|     Plaintiff, | Case No. 2:10-CV-00396-KJD-PAL |
| v. | **ORDER** |
| MALIBU CANYON INVESTORS, LLC, *et al*., | |
|     Defendants. | |

    Presently before the Court is Plaintiff's Motion to Reconsider Order (#26) setting aside the Court's entry of default and denying motion for summary judgment. Defendants filed a response in opposition (#39) to which Plaintiff replied (#40). Having read and considered the motion and good cause lacking, the Court denies the motion to reconsider. First, the Court finds that Plaintiff failed to show good cause for its late response (#25) to the Court's Order (#24). Further, the Court favors resolution of cases on the merits. Having been given a reasonable time for discovery, Plaintiff's post-discovery motion for summary judgment is briefing.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Reconsider Order (#26)
2  is **DENIED.**
3  DATED this 20TH day of March 2012.

_____
Kent J. Dawson
United States District Judge